IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHERYL RUTH KEMPLEN, )
)
Plaintiff, )
)
vs. ) Civil No. 19-cv-549-DGW
)
COMMISSIONER of SOCIAL )
SECURITY, )
)
Defendant. )

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Donald G. Wilkerson (Doc. 21), the Commissioner's final decision denying plaintiff's application for social security disability benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Commissioner of Social Security and against plaintiff Cheryl Ruth Kemplen.

DATED: 02/20/2020

**MARGARET M. ROBERTIE**
**Clerk of Court**

BY: _____
**Deputy Clerk**

**Approved:**
**s/ Donald G. Wilkerson**
**Donald G. Wilkerson**
**U.S. Magistrate Judge**